IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:19-CR-9 |
| ERIC LAMONT PETTIGREW, aka "EP" | § | |

**FINAL ORDER OF FORFEITURE**

On August 23, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853 and 28 U.S.C. § 2461.

Because the forfeiture order consists only of cash proceeds obtained by the defendant, no ancillary proceeding is required to adjudicate the interests of third parties in the forfeited property, pursuant to Rule 32.2(c)(1).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Final Order of Forfeiture is GRANTED.   It is further ORDERED:

1.   The defendant, **Eric Lamont Pettigrew**, shall forfeit to the United States the sum of $5,000.00 and all interest and proceeds thereto, representing the amount of proceeds obtained by the defendant as a result of the offense alleged in Count 1 of the indictment, which charged a violation of 21 U.S.C. § 841(a)(1), possession with intent to distribute cocaine base, for which the defendant is personally liable, pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

2. This order shall be made part of the sentence and included in the judgment, pursuant to Fed.R.Crim.P. 32.2(b)(4).

3. The United States may, at any time, move to amend this order of forfeiture to include substitute property having a value not to exceed $5,000.00 to satisfy the cash proceeds sought for forfeiture in whole or in part.

4. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

So **ORDERED** and **SIGNED** this **17th** day of **March, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE